UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

    Plaintiff,

    v.

PETERSEN, et al.,

    Defendants.

Case No. 12-cv-02480-WHO (PR)

**ORDER EXTENDING TIME**

Defendants' motion to extend time to file a dispositive motion (Docket No. 20) is GRANTED. Such motion, or notice regarding the motion, shall be filed on or before March 5, 2015.

The Clerk shall terminate Docket No. 20.

**IT IS SO ORDERED.**

**Dated:** January 29, 2015

_____
WILLIAM H. ORRICK
United States District Judge